UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-143

In Regard to the Matter of:

Bayside State Prison
Litigation

OPINION/REPORT
OF THE
SPECIAL MASTER

ALFRED McCARTER

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\* \* \* \*

WEDNESDAY, SEPTEMBER 30, 2009

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

September 30, 2009

Page 2

```
 1
 2
 3
 4
 5              Transcript of proceedings in the above
 6    matter taken by Theresa O. Mastroianni, Certified
 7    Court Reporter, license number 30X100085700, and
 8    Notary Public of the State of New Jersey at the
 9    United States District Court House, One Gerry Plaza,
10    Camden, New Jersey, 08102, commencing at 11:30 AM.
11
12
13
14
15
16
17
18
19              MASTROIANNI & FORMAROLI, INC.
20           Certified Court Reporting & Videoconferencing
21                  251 South White Horse Pike
22                   Audubon, New Jersey 08106
23                        856-546-1100
24
25
```

```
 1

 2     A P P E A R A N C E S:

 3

 4         RODNEY D. RAY, ESQUIRE
           32 NORTH BLACK HORSE PIKE
 5         BLACKWOOD, NEW JERSEY  08012
           856-232-3337
 6         856-232-4561
           ATTORNEYS FOR THE PLAINTIFFS
 7

 8

 9         ROSELLI, GRIEGEL, LOZIER & LAZZARO, PC
           BY:  STEVEN GRIEGEL, ESQUIRE
10              - and -
           BY:  KENNETH W. LOZIER  ESQUIRE
11         1337 STATE HIGHWAY 33
           HAMILTON SQUARE, NEW JERSEY  08690
12         609-586-2257
           ATTORNEYS FOR THE DEFENDANTS
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           THE COURT:  I am reopening proceedings
2    in the matter of Alfred McCarter.  And that's docket
3    number 08-143.
4                This opinion report is being issued
5    pursuant to the directives of the Order of Reference
6    to a Special Master and the Special Master's
7    Agreement and the guiding principles of law which
8    underlie this decision to be applied to the facts
9    upon which it is based as set forth in the jury
10   instructions in the Walker and Mejias jury charges to
11   the extent applicable to the allegations of
12   Mr. McCarter.
13               As finalized after review under Local
14   Civil Rule 52.1, this transcript will constitute the
15   written report required under paragraph seven of the
16   Order of Reference to a Special Master.
17               Alfred McCarter was housed on F Unit
18   and describes certain events that he alleges occurred
19   to him on August 1, 1997.  He recounts first about a
20   confrontation, a scuffle, regarding Inmate Torres,
21   also known as King Boogie.  And indicates that SOG
22   officers were called to the location in F Unit in
23   order to handle the transportation of Mr. Torres off
24   that unit after he had been subdued by Bayside
25   officers who were on the premises.

1  The log book, D-29, reflects that
2  between 3:55 and 4:05 PM the SOG unit responded and
3  effectuated the removal of Mr. Torres from F Unit.
4  Therefore, at least according to the log, the SOGs
5  would only have been in that area for approximately
6  ten minutes total.
7  Mr. McCarter then testifies about an
8  alleged incident in which the SOGs, part of the unit
9  sent to secure and remove Mr. Torres, apparently took
10 a side trip into his cell.  And he describes it as
11 follows beginning at page 56, line 11 of his
12 transcript generated on March 12, 2009.
13 "Question:  Give me an estimate of time
14 between the time you observed Mr. Boogie being
15 assaulted and the time when the SOG officers came to
16 your cell door.
17 "Answer:  Five minutes.
18 "Question:  And how many officers
19 approached your cell?
20 "Answer:  Well, there was two at the
21 door, but there was a whole lot of officers on the
22 unit.
23 "Question:  And did they give you any
24 orders?
25 "Answer:  Strip down, kneel on the

1  floor, place your hand behind your head, cross your
2  ankles and lace your fingers behind your head and
3  face the window.
4              "Question:  And did you do that?
5              "Answer:  Yes.
6              "Question:  And then what happened?
7              "Answer:  Then they opened the door and
8  instructed both of us to get on bunks.  My bunkie
9  first, because he was on the top bunk, then I got on
10 the bunk.  Once again, you lay with your hands
11 interlaced behind your head, facing the wall.
12             "Question:  Okay.  And then what
13 happened?
14             "Answer:  For whatever reason, he hit
15 me.
16             "Question:  And one of the two SOG
17 officers struck you?
18             "Answer:  Yeah.
19             "Question:  How many times?
20             "Answer:  I would say over three.
21             "Question:  Where were you hit?
22             "Answer:  In my lower back.
23             "Question:  With what were you hit?
24             "Answer:  A baton.
25             "Question:  And these strikes, were

1    they preceded by any command to you?

2              "Answer:  No.

3              "Question:  Any statements made to you

4    regarding the purpose of why they were going to hit

5    you?  Any threats they were going to hit you?

6              "Answer:  No.

7              "Question:  Did you say anything to

8    them when you were struck?

9              "Answer:  No."

10             That basically is the recounting of the

11   events in question.

12             He also testified later on about the

13   nature of the injuries from this particular incident,

14   and even though he noticed that because he was on the

15   lower bunk and the ability of the officer to swing

16   the club was restricted, nevertheless he had

17   recurrent and long-lasting lower back pain, according

18   to his testimony.

19             However, there are certain other

20   features of the evidence introduced in the course of

21   this case that cast considerable doubt on the

22   accuracy of this testimony and support a

23   determination that the plaintiff has failed to

24   sustain his burden of proving the assault against

25   him.

1  On at least one occasion in the course
2  of his cross-examination without any hesitation he
3  testified that the SOG officers there were wearing
4  ski masks.  This record as developed in the course of
5  these proceedings has indicated that the SOG officers
6  did not wear ski masks.  One, it wasn't a part of
7  their standard uniform.  And two, as we know, we were
8  in the middle of August of 1997; so a ski mask is an
9  extremely uncomfortable piece of attire for that time
10 of year.
11             Mr. McCarter was equally sure that
12 Officer Platt, the housing officer assigned to F Unit
13 at that time, was involved in the scuffle with Mr.
14 Torres.  However, pursuant to the incident reports
15 filed by officers who were involved in that scuffle,
16 Officer Platt was not involved in that.  Furthermore,
17 Officer Platt testified here that as housing officer
18 he remained in the area of the podium throughout that
19 day, his main assignment.
20             And finally, at least in this regard, I
21 find that the ability of the SOG officers to stage a
22 foray into a particular cell was extremely limited,
23 if not non-existent.  Let us remember in the first
24 instance here that Mr. Torres was not being extracted
25 from a cell.  He had acted out while outside of his

1  cell, my best recollection is in the hallway on the
2  way to the use of a telephone.  Torres had been
3  subdued and was now to be removed by SOG.  There was
4  no reason, therefore, for SOG to go into any cells
5  and hence no reason for the Bayside officers to
6  activate the unlocking mechanisms that the cells
7  required.  But more than that, even if there had been
8  a reason for the cells to be unlocked, SOG officers
9  would not have just been able to waltz down the
10 hallway and into a cell.
11             As testified to by Officer Platt
12 beginning at page 16 of his testimony on April 16th,
13 2009 at line six.
14             "Question: Now, the plaintiff also
15 testified on this -- on the same day of the incident
16 involving Inmate Torres that two SOG officers came to
17 his cell unescorted by any Bayside officers and
18 opened his cell and they proceeded to assault him,
19 okay.  As the housing officer, would the two SOG
20 officers be able to go to an inmate's cell and open
21 the cell by themselves?
22             "Answer:  No.
23             "Question:  Why not?
24             "Answer:  Because I controlled the
25 paracentric keys that opened individual -- all the

1   individual cells.
2            "Question:  And did it require a second
3   officer to assist in opening the cells?
4            "Answer:  Yes.
5            "Question:  And how was that done?
6            "Answer:  I would either call a
7   supervisor and get a GA over, a general assignment
8   officer, and they would come over and assist.
9            "Question:  Would they have to use a
10  hand key to open the cell as well?
11           "Answer:  Yes.  I would more than
12  likely have given them a key because then I would
13  have had to unsnap the line at the locking device.
14           "Question:  Right.
15           "Answer:  Up at the podium.
16           "Question:  Okay.  And then what would
17  the other officer had to have done?
18           "Answer:  He would have had to went
19  down the tier and physically turn the key of the
20  cell.
21           "Question:  To open the cell door?
22           "Answer:  To open the cell door.
23           "Question:  Now, as a housing officer,
24  would you have allowed two SOG officers to go down to
25  a cell unescorted to open up a cell door?

1              "Answer:  No.
2              "Question:  Is that something that to
3    the best of your recollection that occurred at the
4    time that you were working in a unit?
5              "Answer:  No.  Excuse me?
6              "Question:  Sure.  To the best of your
7    recollection, again, is that something that you
8    allowed to occur at the time that you were working as
9    a housing officer?
10             "Answer:  No."
11             So it's quite clear, one, the SOG
12   officers were not wearing ski masks.  Two, there was
13   no reason for the entry into the cells that might
14   have followed the unlocking of the tier or of any
15   individual cells.  And three, the SOG officers would
16   not have been permitted to essentially be given a key
17   and go down the hallway themselves for the purpose of
18   unlocking and entering a cell.
19             In addition to that, there is nothing
20   in this record which would indicate any reason
21   whatsoever for the SOG team to have been there for
22   any purpose other than to extract Mr. Torres and, in
23   fact, the time frame of their presence there
24   (approximately ten minutes) is the time frame which I
25   find would be necessary to devote themselves to those

1   duties, namely securing Mr. Torres and then

2   effectuating his removal from F Unit.

3          Finally, although not every item of

4   evidence has been discussed in this opinion/report,

5   all evidence presented to the Special Master was

6   reviewed and considered.

7          For the reasons set forth above, I

8   recommend in this report that the district court

9   enter an order and judgment of no cause for action

10  with regard to Alfred McCarter.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

    I, Theresa O. Mastroianni, a Notary Public and Certified Shorthand Reporter of the State of New Jersey, do hereby certify that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth.

    I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

*Theresa O. Mastroianni*
Theresa O. Mastroianni, C.S.R.
Notary Public, State of New Jersey
My Commission Expires May 5, 2010
Certificate No. XI0857
Date:   October 1, 2009

**A**

ability 7:15 8:21
able 9:9,20
accuracy 7:22
accurate 13:6
acted 8:25
action 1:2 12:9
   13:11,14
activate 9:6
addition 11:19
Agreement 4:7
al 1:9
Alfred 1:7 4:2
   4:17 12:10
allegations 4:11
alleged 5:8
alleges 4:18
allowed 10:24
   11:8
ankles 6:2
Answer 5:17,20
   5:25 6:5,7,14
   6:18,20,22,24
   7:2,6,9 9:22,24
   10:4,6,11,15
   10:18,22 11:1
   11:5,10
apparently 5:9
applicable 4:11
applied 4:8
approached
   5:19
approximately
   5:5 11:24
April 9:12
area 5:5 8:18
assault 7:24 9:18
assaulted 5:15
assigned 8:12
assignment 8:19
   10:7
assist 10:3,8
attire 8:9
attorney 13:10
   13:12

ATTORNEYS
   3:6,12
Audubon 2:22
August 4:19 8:8

**B**

back 6:22 7:17
based 4:9
basically 7:10
baton 6:24
Bayside 1:5 4:24
   9:5,17
beginning 5:11
   9:12
best 9:1 11:3,6
BISSELL 1:21
BLACK 3:4
BLACKWOOD
   3:5
Boogie 4:21 5:14
book 5:1
bunk 6:9,10
   7:15
bunkie 6:8
bunks 6:8
burden 7:24

**C**

C 3:2 13:1,1
call 10:6
called 4:22
Camden 2:10
case 7:21
cast 7:21
cause 12:9
cell 5:10,16,19
   8:22,25 9:1,10
   9:17,18,20,21
   10:10,20,21,22
   10:25,25 11:18
cells 9:4,6,8 10:1
   10:3 11:13,15
certain 4:18
   7:19
Certificate
   13:21

Certified 2:6,20
   13:4
certify 13:5,9
charges 4:10
Civil 1:2 4:14
clear 11:11
club 7:16
come 10:8
command 7:1
commencing
   2:10
Commission
   13:20
confrontation
   4:20
considerable
   7:21
considered 12:6
constitute 4:14
controlled 9:24
counsel 13:10,12
course 7:20 8:1
   8:4
court 1:1 2:7,9
   2:20 4:1 12:8
cross 6:1
cross-examina...
   8:2
C.S.R 13:19

**D**

D 3:4
date 13:8,21
day 8:19 9:15
decision 4:8
Defendants 1:10
   3:12
describes 4:18
   5:10
determination
   7:23
developed 8:4
device 10:13
devote 11:25
directives 4:5
discussed 12:4

district 1:1,2 2:9
   12:8
docket 4:2
door 5:16,21 6:7
   10:21,22,25
doubt 7:21
duties 12:1
D-29 5:1

**E**

E 3:2,2 13:1,1
effectuated 5:3
effectuating
   12:2
either 10:6
employee 13:10
   13:12
enter 12:9
entering 11:18
entry 11:13
equally 8:11
ESQUIRE 3:4,9
   3:10
essentially 11:16
estimate 5:13
et 1:9
events 4:18 7:11
evidence 7:20
   12:4,5
Excuse 11:5
Expires 13:20
extent 4:11
extract 11:22
extracted 8:24
extremely 8:9,22

**F**

F 4:17,22 5:3
   8:12 12:2 13:1
face 6:3
facing 6:11
fact 11:23
facts 4:8
failed 7:23
FAUVER 1:9
features 7:20

filed 8:15
finalized 4:13
finally 8:20 12:3
financially
   13:13
find 8:21 11:25
fingers 6:2
first 4:19 6:9
   8:23
Five 5:17
floor 6:1
followed 11:14
follows 5:11
foray 8:22
foregoing 13:5
FORMAROLI
   2:19
forth 4:9 12:7
   13:8
frame 11:23,24
FURTHER 13:9
Furthermore
   8:16

**G**

GA 10:7
general 10:7
generated 5:12
Gerry 2:9
give 5:13,23
given 10:12
   11:16
go 9:4,20 10:24
   11:17
going 7:4,5
GRIEGEL 3:9,9
guiding 4:7

**H**

H 1:9
hallway 9:1,10
   11:17
HAMILTON
   3:11
hand 6:1 10:10
handle 4:23

hands 6:10
happened 6:6,13
head 6:1,2,11
hereinbefore
    13:8
hesitation 8:2
HIGHWAY
    3:11
hit 6:14,21,23
    7:4,5
HONORABLE
    1:21
Horse 2:21 3:4
House 2:9
housed 4:17
housing 8:12,17
    9:19 10:23
    11:9

**I**
incident 5:8 7:13
    8:14 9:15
indicate 11:20
indicated 8:5
indicates 4:21
individual 9:25
    10:1 11:15
injuries 7:13
Inmate 4:20
    9:16
inmate's 9:20
instance 8:24
instructed 6:8
instructions
    4:10
interested 13:13
interlaced 6:11
introduced 7:20
involved 8:13,15
    8:16
involving 9:16
issued 4:4
item 12:3

**J**
Jersey 1:2 2:8,10

2:22 3:5,11
    13:5,20
JOHN 1:21
judgment 12:9
jury 4:9,10

**K**
KENNETH 3:10
key 10:10,12,19
    11:16
keys 9:25
King 4:21
kneel 5:25
know 8:7
known 4:21

**L**
lace 6:2
law 4:7
lay 6:10
LAZZARO 3:9
license 2:7
limited 8:22
line 5:11 9:13
    10:13
Litigation 1:6
Local 4:13
location 4:22
locking 10:13
log 5:1,4
long-lasting
    7:17
lot 5:21
lower 6:22 7:15
    7:17
LOZIER 3:9,10

**M**
main 8:19
March 5:12
mask 8:8
masks 8:4,6
    11:12
Master 1:6,21
    4:6,16 12:5
Master's 4:6

Mastroianni 2:6
    2:19 13:3,19
matter 1:4 2:6
    4:2
McCARTER
    1:7 4:2,12,17
    5:7 8:11 12:10
mechanisms 9:6
Mejias 4:10
middle 8:8
minutes 5:6,17
    11:24

**N**
N 3:2
nature 7:13
necessary 11:25
neither 13:9,11
nevertheless
    7:16
New 1:2 2:8,10
    2:22 3:5,11
    13:4,20
non-existent
    8:23
NORTH 3:4
Notary 2:8 13:3
    13:20
noticed 7:14
number 2:7 4:3

**O**
O 2:6 13:3,19
observed 5:14
occasion 8:1
occur 11:8
occurred 4:18
    11:3
October 13:21
officer 7:15 8:12
    8:12,16,17,17
    9:11,19 10:3,8
    10:17,23 11:9
officers 4:22,25
    5:15,18,21
    6:17 8:3,5,15

8:21 9:5,8,16
    9:17,20 10:24
    11:12,15
okay 6:12 9:19
    10:16
Once 6:10
open 9:20 10:10
    10:21,22,25
opened 6:7 9:18
    9:25
opening 10:3
opinion 4:4
opinion/report
    1:5 12:4
order 4:5,16,23
    12:9
orders 5:24
outside 8:25

**P**
P 3:2,2
page 5:11 9:12
pain 7:17
paracentric 9:25
paragraph 4:15
part 5:8 8:6
particular 7:13
    8:22
parties 13:11
PC 3:9
permitted 11:16
physically 10:19
piece 8:9
Pike 2:21 3:4
place 6:1 13:8
plaintiff 7:23
    9:14
PLAINTIFFS
    3:6
Platt 8:12,16,17
    9:11
Plaza 2:9
PM 5:2
podium 8:18
    10:15
preceded 7:1

premises 4:25
presence 11:23
presented 12:5
principles 4:7
Prison 1:5
proceeded 9:18
proceedings 2:5
    4:1 8:5
proving 7:24
Public 2:8 13:3
    13:20
purpose 7:4
    11:17,22
pursuant 4:5
    8:14

**Q**
question 5:13,18
    5:23 6:4,6,12
    6:16,19,21,23
    6:25 7:3,7,11
    9:14,23 10:2,5
    10:9,14,16,21
    10:23 11:2,6
quite 11:11

**R**
R 3:2 13:1
RAY 3:4
reason 6:14 9:4
    9:5,8 11:13,20
reasons 12:7
recollection 9:1
    11:3,7
recommend
    12:8
record 8:4 11:20
recounting 7:10
recounts 4:19
recurrent 7:17
Reference 4:5
    4:16
reflects 5:1
regard 1:4 8:20
    12:10
regarding 4:20

| | | | | |
|---|---|---|---|---|
| 7:4 | 10:24 11:11,15 | times 6:19 | way 9:2 | 30 1:15 |
| relative 13:10,12 | 11:21 | top 6:9 | wear 8:6 | 30X100085700 |
| remained 8:18 | SOGs 5:4,8 | Torres 4:20,23 | wearing 8:3 | 2:7 |
| remember 8:23 | South 2:21 | 5:3,9 8:14,24 | 11:12 | 32 3:4 |
| removal 5:3 | Special 1:6,21 | 9:2,16 11:22 | WEDNESDAY | 33 3:11 |
| 12:2 | 4:6,6,16 12:5 | 12:1 | 1:15 | |
| remove 5:9 | SQUARE 3:11 | total 5:6 | went 10:18 | **4** |
| removed 9:3 | stage 8:21 | transcript 2:5 | whatsoever | 4:05 5:2 |
| reopening 4:1 | standard 8:7 | 4:14 5:12 13:6 | 11:21 | |
| report 4:4,15 | State 1:5 2:8 | transportation | White 2:21 | **5** |
| 12:8 | 3:11 13:4,20 | 4:23 | WILLIAM 1:9 | 5 13:20 |
| Reporter 2:7 | statements 7:3 | trip 5:10 | window 6:3 | 52.1 4:14 |
| 13:4 | States 1:1 2:9 | true 13:6 | working 11:4,8 | 56 5:11 |
| Reporting 2:20 | stenographica... | turn 10:19 | written 4:15 | |
| reports 8:14 | 13:7 | two 5:20 6:16 | | **6** |
| require 10:2 | STEVEN 3:9 | 8:7 9:16,19 | **X** | 609-586-2257 |
| required 4:15 | strikes 6:25 | 10:24 11:12 | XIO857 13:21 | 3:12 |
| 9:7 | Strip 5:25 | | | |
| responded 5:2 | struck 6:17 7:8 | **U** | **Y** | **8** |
| restricted 7:16 | subdued 4:24 | uncomfortable | Yeah 6:18 | 856-232-3337 |
| review 4:13 | 9:3 | 8:9 | year 8:10 | 3:5 |
| reviewed 12:6 | supervisor 10:7 | underlie 4:8 | | 856-232-4561 |
| Right 10:14 | support 7:22 | unescorted 9:17 | **0** | 3:6 |
| RODNEY 3:4 | sure 8:11 11:6 | 10:25 | 08-143 1:2 4:3 | 856-546-1100 |
| ROSELLI 3:9 | sustain 7:24 | uniform 8:7 | 08012 3:5 | 2:23 |
| Rule 4:14 | swing 7:15 | unit 4:17,22,24 | 08102 2:10 | |
| | | 5:2,3,8,22 8:12 | 08106 2:22 | |
| **S** | **T** | 11:4 12:2 | 08690 3:11 | |
| S 3:2 | T 13:1,1 | United 1:1 2:9 | | |
| scuffle 4:20 8:13 | taken 2:6 13:7 | unlocked 9:8 | **1** | |
| 8:15 | team 11:21 | unlocking 9:6 | 1 4:19 13:21 | |
| second 10:2 | telephone 9:2 | 11:14,18 | 11 5:11 | |
| secure 5:9 | ten 5:6 11:24 | unsnap 10:13 | 11:30 2:10 | |
| securing 12:1 | testified 7:12 8:3 | use 9:2 10:9 | 12 5:12 | |
| sent 5:9 | 8:17 9:11,15 | | 1337 3:11 | |
| SEPTEMBER | testifies 5:7 | **V** | 16 9:12 | |
| 1:15 | testimony 7:18 | Videoconfere... | 16th 9:12 | |
| set 4:9 12:7 13:8 | 7:22 9:12 13:6 | 2:20 | 1997 4:19 8:8 | |
| seven 4:15 | Theresa 2:6 13:3 | vs 1:8 | | |
| Shorthand 13:4 | 13:19 | | **2** | |
| side 5:10 | threats 7:5 | **W** | 2009 1:15 5:12 | |
| six 9:13 | three 6:20 11:15 | W 1:21 3:10 | 9:13 13:21 | |
| ski 8:4,6,8 11:12 | tier 10:19 11:14 | Walker 4:10 | 2010 13:20 | |
| SOG 4:21 5:2,15 | time 5:13,14,15 | wall 6:11 | 251 2:21 | |
| 6:16 8:3,5,21 | 8:9,13 11:4,8 | waltz 9:9 | | |
| 9:3,4,8,16,19 | 11:23,24 13:7 | wasn't 8:6 | **3** | |
| | | | 3:55 5:2 | |